■ In the Matter of KATHRYN K. VASSILOPOULOS, Appellant. COMMISSIONER OF LABOR, Respondent. [993 NYS2d 522]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed June 18, 2013, which denied claimant's application to reopen a prior decision.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.